IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMANDA DOUGHERTY,

          Plaintiff,

v.

QUICKSIUS, LLC.

          Defendant.

CIVIL ACTION
NO. 15-6432

### **ORDER**

**AND NOW**, this 13th day of July 2016, upon consideration of the First Amended Class Action Complaint (Doc. No. 13), Defendant's Motion to Stay Proceedings or, in the Alternative, to Dismiss Count II of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 17), Plaintiff's Response in Opposition (Doc. No. 18), Defendant's Reply (Doc. No. 22), and the arguments made at a hearing on the Motion on May 3, 2016 (Doc. No. 30), and in accordance with the Opinion issued this day, it is **ORDERED** that Defendant's Motion to Stay Proceedings or, in the Alternative, to Dismiss Count II of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 17) is **DENIED**.  Defendant is **ORDERED** to file an Answer to the Amended Class Action Complaint within fourteen (14) days from the entry of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.